**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CASH WRIGHT AND JASMINE WRIGHT,   :    No. 263 EAL 2018

                 Petitioners   :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

         v.                         :

                              :

STATE FARM INSURANCE COMPANY,    :
EDWARD B. RUST AND DELORIS        :
BRYANT,                               :

                Respondents    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.